# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE LOUISE BISHOP,<br><br>Petitioner,<br><br>v.<br><br>D. K. JOHNSON, Warden<br><br>Respondent. | CASE NO. EDCV 16-00533-GW(SK)<br><br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition as Untimely, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are hereby DISMISSED with prejudice.

DATED: June 13, 2017

HON. GEORGE H. WU
U.S. DISTRICT JUDGE